IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERN LEE,

    Plaintiff,

vs.                                      No. 14 cv 1152 KG/SCY

BOARD OF COUNTY COMMISSIONERS OF
SAN JUAN COUNTY, THOMAS HAVEL,
and HISASHI FURUYA,

    Defendants.

### ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS THOMAS HAVEL AND HISASHI FURUYA, WITH PREJUDICE

THIS MATTER, came before the Court upon the parties' Joint Motion to Dismiss Defendants Thomas Havel and Hisashi Furuya. The Court, being fully satisfied in the premises, FINDS that this cause should be dismissed as to Defendants Thomas Havel and Hisashi Furuya.

**IT IS THEREFORE ORDERED**, that the above-entitled cause against Defendants Thomas Havel and Hisashi Furuya is hereby dismissed with prejudice. The parties shall bear their own court costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

1

Respectfully submitted,


/S/ Ronald J. Childress
RONALD J. CHILDRESS
Childress Law Firm, LLC
6000 Uptown Blvd. NE, #305
Albuquerque, NM 87110
(505) 883-8555
ron@childresslawfirm.com

*Attorney for Defendants*


 Approved 7/10/15
RICHARD J. VALLE
MATHEW ZAMORA
Carter & Valle Law Firm
8012 Pennsylvania Circle NE
Albuquerque, NM 87110
(505) 888-4357
rv@carterlawfirm.com
mz@carterlawfirm.com

EMETERIO RUDOLFO
Rudolfo Law Office
3335 San Mateo
Albuquerque, New Mexico 87110
(505) 219-4705
emet.rudolfo@gmail.com

*Attorneys for Plaintiff*